DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEFFREY DOBY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0667

_____

August 30, 2024

Appeal from the Circuit Court for Desoto County; Don Thomas Hall,
Judge.

William R. Ponall and Eric J. Sorice of Ponall Law, Maitland, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SLEET, C.J., and CASANUEVA and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.